IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD JOSEPH BERRY,

      Petitioner,                      No. 2:10-cv-0305 JFM  (HC)

   vs.

FRANCISCO JACQUEZ,

      Respondent.                   <u>ORDER</u>

_____/

        Petitioner, a state prisoner proceeding pro se, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On March 2, 2010, petitioner filed a motion to proceed in forma pauperis.  On March 19, 2010, however, petitioner paid the filing fee.  Accordingly, petitioner's March 2, 2010 motion is hereby denied as moot.

DATED: March 29, 2010.

                                              UNITED STATES MAGISTRATE JUDGE

/014.berr0305.ifpdeny

1