IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD JOSEPH BERRY,

        Petitioner,               No. 2:10-cv-0305 WBS JFM (HC)

   vs.

FRANCISCO JACQUEZ,

        Respondent.        ORDER

_____/

        On August 4, 2010, petitioner requested the appointment of counsel, which was denied on August 20, 2010. On September 15, 2010, petitioner filed a motion for a competency hearing regarding this court's denial of the appointment of counsel. On October 1, 2010, the court received a letter Charles M. Bonneau, petitioner's counsel in his state appeal. Mr. Bonneau seeks appointment to represent petitioner in the pending petition for writ of habeas corpus.

        Good cause appearing, IT IS HEREBY ORDERED that:

        1. This matter is referred to the Federal Defender for the Eastern District of California who shall, within fifteen days, report to the court whether petitioner qualifies for appointment of counsel pursuant to 18 U.S.C. § 3006A and, if so, whether Mr. Bonneau should be appointed to represent him; and

/////

2. The Clerk of the Court is directed to send a copy of this order to the Federal Defender's office, 801 I Street, 3rd Floor, Sacramento, CA 95814.

DATED: October 19, 2010.

                                      UNITED STATES MAGISTRATE JUDGE

/014;berr0305.110.fed_def