IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD JOSEPH BERRY,

    Petitioner,                   No. 2:10-cv-0305 WBS JFM (HC)

    vs.

FRANCISCO JACQUEZ,

    Respondent.                <u>ORDER</u>

_____/

        Petitioner, DONALD JOSEPH BERRY, hereby moves this Court for an order substituting JOHN BALAZS, Attorney at Law, 916 2nd Street, 2nd Floor, Sacramento, CA 95814, Telephone (916) 447-9299; as counsel for the Petitioner in the above-entitled case.  The Federal Defender's Office has determined that it is currently unable to continue its representation of Petitioner.  Mr. Balazs has agreed to represent the Petitioner.

/////

/////

/////

/////

/////

/////

Mr. Balazs is aware of any deadlines in this case. The undersigned is authorized to sign this substitution motion on his behalf.

Dated: January 25, 2011          Respectfully submitted,

                              DANIEL J. BRODERICK
                              Federal Defender

                              */s/ David M. Porter*
                              DAVID M. PORTER
                              Assistant Federal Defender
                              Attorneys for Petitioner
                              Donald Joseph Berry

Dated: January 25, 2011          */s/ John Balazs*
                              JOHN BALAZS

Pursuant to this Motion for Substitution of Counsel and for the reasons stated therein, IT IS HEREBY ORDERED that John Balazs, Attorney at Law, shall be substituted in as appointed counsel for petitioner in place of the Office of the Federal Defender for the Eastern District of California.

DATED: January 27, 2011.

                              *[signature]*
                              UNITED STATES MAGISTRATE JUDGE

/014;berr0305.subst