IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD JOSEPH BERRY,

    Petitioner,               No. 2:10-cv-0305 WBS JFM (HC)

    vs.

FRANCISCO JACQUEZ,

    Respondent.          <u>ORDER</u>

_____ /

    On September 15, 2010, plaintiff filed a motion for a competency hearing. Therein, plaintiff seeks appointment of counsel. In light of this court's January 28, 2011 order appointing John Balazs as petitioner's counsel, IT IS HEREBY ORDERED that the motion for competency hearing is denied.

DATED: May 13, 2011.

UNITED STATES MAGISTRATE JUDGE

/014;berr0305.jo