IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DONALD JOSEPH BERRY,

    Petitioner,                      No. 2:10-cv-0305 WBS JFM (HC)

    vs.

FRANCISCO JACQUEZ,

    Respondent.                  <u>ORDER</u>

_____/

    Petitioner, a state prisoner proceeding with counsel, has filed an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254. On April 11, 2011, petitioner filed an amended petition and a motion to stay. Upon review of the motion to stay, IT IS HEREBY ORDERED that petitioner shall submit, within seven days of the date of this order, supplemental briefing evidencing the nature of his "mental health problems."

DATED: August 29, 2011.

UNITED STATES MAGISTRATE JUDGE

/014;berr0305.stay.supp.br

1