IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONALD JOSEPH BERRY, | ) | 2:10-cv-0305 WBS JFM (HC) |
| | ) | |
| Petitioner, | ) | STIPULATION AND |
| | ) | ORDER TO CONTINUE DATE |
| v. | ) | FOR PETITIONER TO FILE |
| | ) | A SUPPLEMENTAL BRIEF |
| FRANCISCO JACQUEZ, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

    Petitioner, Donald Joseph Berry, through his undersigned counsel and the government through its undersigned counsel, hereby stipulate and request that the deadline for Petitioner to submit supplemental briefing evidencing the nature of his "mental health problems," should be continued to Wednesday, September 14, 2011.

    On Wednesday, August 31, 2011 the Court ordered (docket entry 41) that Petitioner submit supplemental briefing, to his motion to stay, evidencing the nature of his "mental health problems," within seven days.

A continuance is necessary because Petitioner's counsel will be on vacation from September 1, 2011 to September 5, 2011.

Accordingly, the parties request that the Court sign the [proposed] Order and continue Petitioner's filing deadline to Wednesday, September 14, 2011.

Dated: August 31, 2011              KAMALA D. HARRIS
                                    Attorney General

                                    By: /s/ Robert Todd Marshall
                                    Robert Todd Marshall
                                    Deputy Attorney General
                                    [signed with permission]

Dated: August 31, 2011

                                    By: /s/ John Balazs for
                                    JOHN BALAZS
                                    Attorney for Petitioner
                                    Donald Joseph BERRY

### ORDER

IT IS SO ORDERED that the deadline for Petitioner to submit supplemental briefing evidencing the nature of his "mental health problems," is continued to Wednesday, September 14, 2011.

DATED: September 1, 2011.

_____
UNITED STATES MAGISTRATE JUDGE

/014;berr0305.stip