# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONALD JOSEPH BERRY, | ) | 2:10-cv-0305 WBS JFM (HC) |
| | ) | |
| Petitioner, | ) | STIPULATION AND |
| | ) | ORDER TO CONTINUE |
| v. | ) | |
| | ) | |
| FRANCISCO JACQUEZ, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Petitioner, Donald Joseph Berry, through his undersigned counsel and the government through its undersigned counsel, hereby stipulate and request that the deadline for Petitioner to file a response to respondent's objections to findings and recommendations should be continued to Friday, December 2, 2011.

A continuance is necessary because Petitioner's counsel will be out of the office from November 22, 2011 to November 28, 2011.

1

Accordingly, the parties respectfully request that the Court sign the Order continuing Petitioner's filing deadline to Friday, December 2, 2011.

Dated: November 21, 2011

    KAMALA D. HARRIS
    Attorney General

    By: /s/  Robert Todd Marshall
        Robert Todd Marshall
        Deputy Attorney General
        [signed with permission]

Dated: November 21, 2011

    By: /s/  John Balazs for
        JOHN BALAZS
        Attorney for Petitioner
        Donald Joseph BERRY

## ORDER

IT IS SO ORDERED that the deadline for Petitioner to file a response to respondent's objections to findings and recommendations is continued to Friday, December 2, 2011.

Dated: November 22, 2011.

_/s/ John F. Moulds_
UNITED STATES MAGISTRATE JUDGE

/014/berr0305.stip2

2