IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONALD JOSEPH BERRY, | ) | 2:10-cv-0305 WBS JFM (HC) |
| | ) | |
| Petitioner, | ) | STIPULATION AND |
| | ) | ORDER TO CONTINUE |
| v. | ) | |
| | ) | |
| FRANCISCO JACQUEZ, | ) | |
| | ) | |
| Respondent. | ) | |
| _____ | ) | |

Petitioner, Donald Joseph Berry, through his undersigned counsel and the government through its undersigned counsel, hereby stipulate and request that the deadline for Petitioner to file a response to respondent's objections to findings and recommendations should be continued to Friday, December 2, 2011.

A continuance is necessary because Petitioner's counsel will be out of the office from November 22, 2011 to November 28, 2011.

Accordingly, the parties respectfully request that the Court sign the Order continuing Petitioner's filing deadline to Friday, December 2, 2011.

Dated: November 21, 2011                    KAMALA D. HARRIS
                                            Attorney General

                                            By: /s/ Robert Todd Marshall
                                                Robert Todd Marshall
                                                Deputy Attorney General
                                                [signed with permission]

Dated: November 21, 2011

                                            By: /s/ John Balazs for
                                                JOHN BALAZS
                                                Attorney for Petitioner
                                                Donald Joseph BERRY

## ORDER

IT IS SO ORDERED that the deadline for Petitioner to file a response to respondent's objections to findings and recommendations is continued to Friday, December 2, 2011.

Dated: November 22, 2011.

/014/berr0305.stip2

UNITED STATES MAGISTRATE JUDGE

2