John Balazs, SBN: 157287
Attorney at Law
916 Second Street, 2nd Floor
Sacramento, California 95814
Telephone: (916) 447-9299.
Facsimile: (916) 557-1118
Email: john@balazslaw.com

Attorney for Petitioner
Donald Joseph BERRY

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONALD JOSEPH BERRY, | ) | 2:10-cv-0305 WBS JFM (HC) |
| | ) | |
| Petitioner, | ) | STIPULATION AND |
| | ) | ORDER TO CONTINUE DATE |
| v. | ) | FOR REPLY BRIEF |
| FRANCISCO JACQUEZ, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

    Petitioner, Donald Joseph Berry, through his undersigned counsel, and Respondent, through its undersigned counsel, hereby stipulate and request that the deadline for Petitioner's Reply to Respondent's answer be continued from January 8, 2013 to February 8, 2013.

    A continuance is necessary because Petitioner's counsel needs to consult with petitioner, needs additional time to prepare the reply, and has briefs due in the Ninth Circuit on December 31, 2012 in <u>United States v. Ermoian</u>, 11-10124, on

1

January 14, 2013 in <u>United States v. McElmurry</u>, No. 12-50183, and on January 25, 2013 in <u>United States v. Mujahid</u>, Nos. 11-30276 & 12-30070.

Accordingly, the parties request that the Court extend the due date for petitioner's Reply Brief from January 8, 2013 to February 8, 2013.

Dated: January 2, 2013

        KAMALA D. HARRIS
        Attorney General

        By: /s/ Robert Todd Marshall
         Robert Todd Marshall
         Deputy Attorney General
         [signed with permission]

Dated: January 2, 2013

        By: /s/ John Balazs for
         JOHN BALAZS
         Attorney for Petitioner
         Donald Joseph BERRY

### **ORDER**

IT IS SO ORDERED.

**Date: 1/3/2013**

_____
UNITED STATES MAGISTRATE JUDGE

2