John Balazs, SBN: 157287
Attorney at Law
916 Second Street, 2nd Floor
Sacramento, California 95814
Telephone: (916) 447-9299.
Facsimile: (916) 557-1118
Email: john@balazslaw.com

Attorney for Petitioner
Donald Joseph BERRY

# IN THE UNITED STATES DISTRICT COURT FOR THE

# EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| DONALD JOSEPH BERRY, | ) | 2:10-cv-0305 WBS JFM (HC) |
| | ) | |
| Petitioner, | ) | STIPULATION AND |
| | ) | ORDER TO CONTINUE DATE |
| v. | ) | FOR REPLY BRIEF |
| FRANCISCO JACQUEZ, | ) | |
| | ) | |
| Respondent. | ) | |
| | ) | |

Petitioner, Donald Joseph Berry, through his undersigned counsel, and

Respondent, through its undersigned counsel, hereby stipulate and request that the

deadline for Petitioner's Reply to Respondent's answer be continued from January

8, 2013 to February 8, 2013.

A continuance is necessary because Petitioner's counsel needs to consult

with petitioner, needs additional time to prepare the reply, and has briefs due in the

Ninth Circuit on December 31, 2012 in United States v. Ermoian, 11-10124, on

January 14, 2013 in <u>United States v. McElmurry</u>, No. 12-50183, and on January 25, 2013 in <u>United States v. Mujahid</u>, Nos. 11-30276 & 12-30070.

Accordingly, the parties request that the Court extend the due date for petitioner's Reply Brief from January 8, 2013 to February 8, 2013.


Dated: January 2, 2013                                KAMALA D. HARRIS
                                                      Attorney General

                                                  By: /s/  Robert Todd Marshall
                                                      Robert Todd Marshall
                                                      Deputy Attorney General
                                                      [signed with permission]

Dated: January 2, 2013

                                                  By: /s/  John Balazs for
                                                      JOHN BALAZS
                                                      Attorney for Petitioner
                                                      Donald Joseph BERRY


## **ORDER**

IT IS SO ORDERED.

**Date:  1/3/2013**



_____
UNITED STATES MAGISTRATE JUDGE